1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-70337 PVT |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| KHAHN DANG VU and LAM THANH NGUYEN, | ) | |
| Defendants. | ) | |

Defendants and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the preliminary hearing in the above-captioned matter, presently scheduled for Thursday, July 12, 2007, be continued to Thursday, August 23, 2007, at 9:30 a.m.

The continuance is requested because one or both defendants may agree to proceed by Information and waiver of Indictment, but additional time is needed for counsel to review the case before making that determination.  Additionally, substitute counsel, Mary Conn, Esq., has recently been retained on behalf of defendant Lam Thanh Nguyen, and requires time to familiarize herself with the case.

The parties further agree that time for arraignment or preliminary hearing should be

excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendants' and the public's need for filing charges on an earlier date.

Dated:   7/9/07           _____/s/_____
                          LARA S. VINNARD
                          Assistant Federal Public Defender
                          Attorney for Khanh Vu

Dated:   7/9/07           _____/s/_____
                          MARY CONN
                          Attorney for Lam Thanh Nguyen

Dated:   7/10/07          _____/s/_____
                          JEFFREY B. SCHENK
                          Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the preliminary hearing set for July 12, 2007, to allow time for one or both defendants to determine whether to proceed by Information or Indictment, and to allow time for new counsel, Mary Conn, Esq., to familiarize herself with the case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for July 12, 2007, be continued to August 23, 2007, at 9:30 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 12, 2007 to August 23, 2007 , shall be excluded from the period of time within which charges must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:                    _____
                          PATRICIA V. TRUMBULL
                          United States Magistrate Judge