1    BARRY J. PORTMAN
     Federal Public Defender
2    LARA S. VINNARD
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA 95113
4    Telephone: (408) 291-7753

5    Counsel for Defendant VU

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11
     UNITED STATES OF AMERICA,          )   No. CR 07-70337 PVT
12                                       )
                    Plaintiff,           )   STIPULATION TO CONTINUE
13                                       )   PRELIMINARY HEARING AND
     v.                                  )   EXCLUDE TIME; [PROPOSED] ORDER
14                                       )
     KHAHN DANG VU and                   )
15   LAM THANH NGUYEN,                   )
                                         )
16                  Defendants.          )

17
         Defendants and the government, through their respective counsel, hereby stipulate that,
18
     subject to the court's approval, the preliminary hearing in the above-captioned matter, presently
19
     scheduled for Thursday, August 23, 2007, be continued to Thursday, August 30, 2007, at 9:30
20
     a.m.
21
         The continuance is requested because Mary Conn, Esq., counsel for defendant Nguyen, is
22
     unavailable on August 23, 2007. Additionally, defense counsel requires time for effective
23
     preparation and investigation.
24
         The parties further agree that time for the preliminary hearing should be excluded under
25
     the Speedy Trial Act because the defense requires time for effective preparation and
26

1  investigation, and the ends of justice outweigh the defendants' and the public's need for filing

2  charges on an earlier date.

3

4  Dated:        08/03/07                              _____/s/_____
                                                        LARA S. VINNARD
5                                                       Assistant Federal Public Defender
                                                        Attorney for Khanh Vu
6
   Dated:                                             _____/s/_____
7                                                       MARY CONN
                                                        Attorney for Lam Thanh Nguyen
8
   Dated:                                             _____/s/_____
9                                                       JEFFREY B. SCHENK
                                                        Assistant United States Attorney
10

11                              **ORDER**

12         The parties have jointly requested a continuance of the preliminary hearing set for August

13  23, 2007, due to the unavailability of defense counsel, and to allow time for effective preparation

14  and investigation.

15         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

16  presently set for August 23, 2007, be continued to August 30, 2007, at 9:30 a.m.

17         Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

18  from August 23, 2007 to August 30, 2007 , shall be excluded from the period of time within

19  which charges must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

20  Dated: 8/7/07

21                                                  PATRICIA V. TRUMBULL
                                                    United States Magistrate Judge
22

23

24

25

26

STIPULATION TO CONTINUE
PRELIM. HEARING; [PROPOSED] ORDER
No. CR 07-70337 PVT                      2