1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5                                              Filed
                                               AUG 3 0 2007
                                               RICHARD W. WIEKING
                                               CLERK, U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA
                                               SAN JOSE
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,        )  No. CR 07 00566 JF
                                     )
13         Plaintiff,                )  VIOLATIONS: 21 U.S.C. §§ 846 and
                                     )  841(a)(1) – Conspiracy to Distribute 3,4
14     v.                            )  Methylenedioxymethamphetamine (MDMA);
                                     )  21 U.S.C. §§ 841(a)(1) - Possession with
15  KHAHN DANG VU,                   )  Intent to Distribute MDMA
                                     )
16         Defendant.                )
                                     )  SAN JOSE VENUE
17  _____  )
18
19                         I N F O R M A T I O N
20  The United States Attorney charges:
21  COUNT ONE: (21 U.S.C. § 846 and 841(a)(1))
22       Beginning at a time unknown to the United States, but no later than June 6, 2007, and
23  continuing through and including June 11, 2007, in the Northern District of California and
24  elsewhere, the defendant,
25                              KHANH DANG VU,
26  did knowingly and intentionally conspire with other persons, known and unknown, to distribute a
27  controlled substance, to wit, 3,4 Methylenedioxymethamphetamine, commonly known as
28  MDMA, or Ecstasy, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

INFORMATION

1  COUNT TWO: (21 U.S.C. § 841(a)(1))

2  On or about June 11, 2007, in the Northern District of California, the defendant,

3  KHANH DANG VU,

4  did knowingly and intentionally possess with the intent to distribute a controlled substance, to

5  wit, 3,4 Methylenedioxymethamphetamine, commonly known as MDMA, or Ecstasy, in

6  violation of Title 21, United States Code, Section 841(a)(1).

7  DATED: 8/29/2007

8  SCOTT N. SCHOOLS
   United States Attorney

11  DAVID R. CALLAWAY
    Deputy Chief, San Jose Office

13  (Approved as to form:       )
14           AUSA SCHENK

INFORMATION

2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

One: 21 U.S.C. Section 841(a)(1) and 846 - Conspiracy to Distribute Ecstasy
Two: 21 U.S.C. Section 841(a)(1) - Possession w/ Intent to Distribute

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment
$1,000,000 fine
at least 3 years supervised release
$100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

CR 07 00566 Filed JF

**DEFENDANT - U.S.**

▶ KHAHN DANG VU

**DISTRICT COURT NUMBER**

AUG 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT AGENCY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70337

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ 6/12/2007   Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: