AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___CALIFORNIA___

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-00566 JF

I, __Khahn Dang Vu__, the above named defendant, who is accused of

__21 USC §§ 846 and 841(a)(1)__

**FILED**

AUG 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/30/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
          Judicial Officer