UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, September 19, 2007
**Case Number:** CR-07-00566-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:  **UNITED STATES OF AMERICA V. KHAHN DANG VU**

|  PLAINTIFF  |  DEFENDANT  |
|---|---|
| United States | Khahn Dang Vu |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

Status review held. Counsel and defendant are present.
Continued to 10/10/07 at 9:00 a.m. for further status review.
21 days are excluded for the reasons stated.