1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VU

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,          )    No. CR 07-00566 JF
12                                     )
                 Plaintiff,            )    **STIPULATION TO MODIFY**
13                                     )    **ELECTRONIC MONITORING**
   v.                                  )    **CONDITION; [PROPOSED] ORDER**
14                                     )
   KHAHN DANG VU,                      )
15                                     )    Hon. Patricia V. Trumbull
                 Defendant.            )
16  _____   )

17       Defendant Khanh Vu is presently on pretrial release, with conditions including a

18  $100,000 surety bond, a custodian, and electronic monitoring.

19       As set forth below, defendant and the government hereby stipulate that, subject to the

20  court's approval, the defendant's condition of release requiring electronic monitoring may be

21  modified to substitute a condition requiring a curfew.   Pretrial Services Officer Anthony

22  Grenados has been contacted, and agrees to the modification.

23       Specifically, the parties propose the following modification:  The defendant shall be

24  subject to a curfew, at the direction of Pretrial Services.  The defendant's curfew shall be

25  monitored through the electronic monitoring system.

26

STIPULATION TO MODIFY EM CONDITION;
[PROPOSED] ORDER
No. CR 07-00566 JF                     1

1          SO STIPULATED.

2    Dated: 9/25/07                                    _____/s/_____
                                                      LARA S. VINNARD
3                                                     Assistant Federal Public Defender

4    Dated: 9/25/07                                    _____/s/_____
                                                      JEFFREY B. SCHENK
5                                                     Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION

9

UNITED STATES OF AMERICA,           )    No. CR 07-00566 JF
10                                      )
             Plaintiff,                 )    **[PROPOSED] ORDER MODIFYING**
11                                      )    **ELECTRONIC MONITORING**
v.                                      )    **CONDITION**
12                                      )
KHAHN DANG VU,                          )
13                                      )    Hon. Patricia V. Trumbull
             Defendant.                 )
14  _____)

15          Defendant Khanh Vu is presently on pretrial release, with conditions including a

16  $100,000 surety bond, a custodian, and electronic monitoring.  The parties have stipulated that

17  the defendant's condition of release requiring electronic monitoring may be modified to

18  substitute a condition requiring a curfew.   The Court is informed that Pretrial Services agrees to

19  the modification.

20          Accordingly, good cause appearing, IT IS ORDERED that the defendant's condition of

21  pretrial release regarding electronic monitoring be modified as follows:

22          The defendant shall be subject to a curfew, at the direction of Pretrial Services.  The

23  defendant's curfew shall be monitored through the electronic monitoring system.

24          IT IS SO ORDERED.

25  Dated:                               _____
                                         PATRICIA V. TRUMBULL
26                                       United States Magistrate Judge

STIPULATION TO MODIFY EM CONDITION;
[PROPOSED] ORDER
No. CR 07-00566 JF                    3