IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KHAHN DANG VU, ) <br> ) <br> Defendant. ) | No. CR 07-00566 JF <br><br> [PROPOSED] ORDER MODIFYING ELECTRONIC MONITORING CONDITION <br><br> Hon. Patricia V. Trumbull |

Defendant Khanh Vu is presently on pretrial release, with conditions including a $100,000 surety bond, a custodian, and electronic monitoring. The parties have stipulated that the defendant's condition of release requiring electronic monitoring may be modified to substitute a condition requiring a curfew. The Court is informed that Pretrial Services agrees to the modification.

Accordingly, good cause appearing, IT IS ORDERED that the defendant's condition of pretrial release regarding electronic monitoring be modified as follows:

The defendant shall be subject to a curfew, at the direction of Pretrial Services. The defendant's curfew shall be monitored through the electronic monitoring system.

IT IS SO ORDERED.

Dated: 9/26/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO MODIFY EM CONDITION;
[PROPOSED] ORDER
No. CR 07-00566 JF                 3