# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, October 10, 2007
**Case Number:** CR-07-00566-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **UNITED STATES OF AMERICA V. KHAHN DANG VU**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Khahn Dang Vu |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

      Further status review held.  Counsel and defendant are present.
      Continued to 10/24/07 at 9:00 a.m. for further status review.
      14 days are excluded for the reasons stated.