UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, October 24, 2007
**Case Number:** CR-07-00566-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       **UNITED STATES OF AMERICA V. KHAHN DANG VU**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Khahn Dang Vu |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:
  Further status review held. Counsel and defendant are present.
  Continued to 11/8/07 at 9:00 a.m. for further status review.
  15 days are excluded for the reasons stated.