**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, November 8, 2007
**Case Number:** CR-07-00566-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. KHAHN DANG VU**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Khahn Dang Vu |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

   Disposition hearing held. Counsel and defendant are present. Defendant pleads guilty to count 2 of the Information. Continued to 2/13/08 at 9:00 a.m. for judgment and sentencing. The remaining counts are submitted.