UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Filed**
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
    Plaintiff;

- vs -

KHANH DANG VU
    Defendant.

Docket No. CR 07-00566-01 JF

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 13th day of February 2008, be continued until the 23rd day of April 2008, at 9:00 a.m.

1-31-08
DATE

JEREMY FOGEL
United States District Judge