# EXHIBIT A

April 1, 2008

Dear Judge Fogel:

I am sorry for the crime I have committed. Selling ecstacy in my case is the wrong thing to do. Drugs are harmful to people. At the time I was not thinking, and only saw it as a way to make money.

My family has been very sad and disappointed in me for doing this. They were very surprised and asked me why I did this. I feel sad and disappointed that I let them down, and sad that I will be away from them for a while.

I accept responsibility for my action. I will learn from my mistake. In the future, I would like to do something that contributes to the community, and does not break the law. Once this case is over, I would like to go to school in computers and continue learning, and after that hopefully get a job.

Sincerely,

Khanh Vu

# EXHIBIT B

Dear Juge Fogel,

My name is Khoa Vu and I am Khanh's older brother. I am currently working at 2Wire here in San Jose as a buyer. I am fully aware of the case involving Khanh and ecstasy, and I acknowledge that his case is nearing an end and sentencing will begin in a few weeks. Your Honor, I'm writing this letter in hopes to give you a better understanding of Khanh's values, personalities and how he is as a human being.

To begin with, I want to give you a brief history of our family background. We immigrated to the United States from Viet Nam in the year 1990. As with any other immigrants, my parents decided to migrate because they wanted a better future for their children. They have worked hard all their lives and made sacrifices for their children to have a better life. They have always stressed the importance education, especially college education. That is why they wanted all of their kids to do well in school, go to college and be value citizens to society.

Khanh and I used to attend college together in Oregon. Unfortunately he did not have the patience and to determination to make it through. He was distracted by friends and substance abuse. I wished he would've stayed in school a little bit longer and not made some of the decisions and mistakes that he's made. My parents had tried so hard to give Khanh the opportunity to graduate high school and attend college. They moved the whole family to Oregon just so they he can be away from his friends and concentrate on school. We did our best to support him and encourage him to finish college, but he couldn't follow it through. He decided to move back to San Jose to be with his friends.

Khanh has been staying with me at my apartment complex for a bout a year. He used to work at a furniture store, managing the business for his boss. He did everything from sales to delivering the furniture to customers' houses. I've had a chance to work with him on a few weekends to help out. What I have observed and learned from Khanh was that, he has a very positive and optimistic personality. Even though the business wasn't going well, he still gave it his one hundred percent. He's also a very hard worker and a responsible person. When his boss was on maternity leave, he took over the store and managed every aspect of it.

Back at home, he's also has the effect of being an uplifting person to the family. He would always say optimistic things to light up the family, no matter what situation we are in. He's also very caring to the other two siblings. He would often take them out to eat and drive them places on the weekends. There was one special incident that I never forget about Khanh: It was Vietnamese New Year's Eve, and I was unemployed at that time and had no money. I was feeling very down and sad at the time. Being the oldest brother, I had no money to give to my siblings. Khanh unexpectedly, without me asking, gave me some money so I could enjoy the New Year. This shows his caring and thoughtful character.

One last thing I would like to mention is that Khanh has accepted that fact that he had made a mistake in life and is willing to take the consequences and pay his due. Although

he has regretted it deeply--especially the disappointment to his family—he knows that he fight through, learn from his mistakes and be a better person to society once he's got a second chance in life.

Sincerely,

Khoa Vu

# EXHIBIT C

San Jose 4-13-08

Kính gởi: Bà chánh án tòa thượng thẩm quận hạt Santa Clara thành phố San Jose.

Chúng tôi là Trường Vũ, và Kim Bùi là cha, mẹ của Khánh Vũ Tuấn nhỏ đến lớn trong gia đình Khánh biết nghe lời cha mẹ và rất tốt với bạn, thuận hòa với anh em trong nhà, bạn bè của Khánh cũng thường hay đến nhà chơi tôi cũng nhận thấy là những người bạn hiền lành vui vẻ. Tôi không hiểu tại sao Khánh dọn ra ở riêng chỉ một thời gian ngắn mà xảy ra việc như vậy. Chúng tôi rất đau buồn khi nghe Khánh đã làm lỗi như vậy thật là một điều đáng tiếc. Kính mong bà chánh án và quí tòa có thể giảm án cho cháu một phần nào, chúng tôi thành thật cảm ơn

Trường Vũ
Kim Bùi

Dear Juge Fogel,

My name is Khoa, Khanh's older brother and I would like to translate my parents' letter to the best of my abilities, they weren't able to put much in writing, so I had to sit with them and add their thoughts to this letter:

Dear Judge Fogel and the members of the jury of the County of Santa Clara, San Jose:

I am Khanh's father Thuong Vu writing this letter on behalf of myself and my wife Kim Bui. We are deeply saddened, embarrassed and full of disappointment when we found out the news that Khanh has been arrested on drug charges. We were very poor family back in our home country; I was a lumber jack and had to be away from the family for months on end. I rarely have the opportunity to spend time with the family. I saw no future in Viet Nam for my family, so we have decided to bring the entire family to the United States so that our kids can have a good education and an opportunity for a better future.

As a child growing up, Khanh was an obedient kid, a loyal friend to his friends and a caring brother to his siblings. He hung out with nice and fun loving kids, unfortunately when he was in high school he started to hang out with the wrong people. We didn't know any better; we were too concerned with trying to make ends meet and putting food on the table. However, we fail to realize that our children, especially Khanh, need more than the financial support. They also need their parents to have an open communication channel and provide emotional support when needed. When we found out that Khanh was using drugs and had a run in with the law, we were devastated and very worried for his future.

So my wife and I did everything we could to bring Khanh out of a bad environment and negative influences by moving the entire family to Oregon. We were extremely happy when he was able to graduate from high school. We had more hope for him and wanted him to complete a four year college degree. We felt that with his intelligence and positive attitude, he can achieve great things in life. But his passion for his friends and a care free lifestyle has led him to his situation today. We deeply regret that we could not do anything to prevent this unfortunate event from happening. We hope that Khanh has learned from this costly lesson in life and use it as a chance to start his life over and be a good citizen. We love him dearly and wish that his punishment will be minimal as required by the law.

Sincerely,

# EXHIBIT D



U.S. Department of Justice

Drug Enforcement Administration

## LABORATORY REPORT

TO:  San Francisco Field Division
San Jose Resident Office

CASE NUMBER: RC-07-0042

FROM: Western Laboratory (SFL7)
San Francisco, CA

| Exh. No. | Lab. No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 3 | 7140857 | 3,4-methylenedioxymethamphetamine hydrochloride (MDMA HCl) | 1372 g | 1280 g (4011 tablets) | 33.8 mg/tablet | 135.5 g | 1279 g (4007 tablets) |
|   |         | methamphetamine | ---- | ---- | ---- | ---- | ---- |
|   |         | ketamine | ---- | ---- | ---- | ---- | ---- |
| 4 | 7140858 | 3,4-methylenedioxymethamphetamine hydrochloride (MDMA HCl) | 314.9 g | 278.9 g (990.7 tablets) | 35.0 mg/tablet | 34.6 g | 277.5 g (986.7 tablets) |
|   |         | methamphetamine | ---- | ---- | ---- | ---- | ---- |
|   |         | ketamine | ---- | ---- | ---- | ---- | ---- |

Remarks:

Exhibit 3 also contains dimethyl sulfone and caffeine.
Exhibit 4 also contains dimethyl sulfone.

Analyzed By: _Matthew R. Rainsberg, Forensic Chemist_    Date: 07.05.2007

Approved By: _Donald Chinn, Laboratory Director_    Date: 7/12/07