## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Patricia Trumbull  
U.S. Magistrate Judge

**RE:** Khanh Vu

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR07-00566 JF

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  
U.S. Pretrial Services Officer

(408) 535-5223  
TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

**DATE:** April 23, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[☑ *initialed*] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

*/s/ Patricia V. Trumbull*  
**JUDICIAL OFFICER**

4/24/08  
**DATE**

Cover Sheet (03/26/08)