**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, April 23, 2008
**Case Number:** CR-07-00566-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

**TITLE:**     **UNITED STATES OF AMERICA V. KHAHN DANG VU**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Khahn Dang Vu |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 24 months prison on count 2 of the Information; 3 years supervised release; and $100.00 special assessment. The remaining counts are dismissed. Defendant shall self-surrender on 6/27/08.