## COVER SHEET

TO: **Honorable Jeremy Fogel**
**U.S. District Judge**

RE: Khanh Vu

FROM: **Claudette M. Silvera, Chief**
**U.S. Pretrial Services Officer**

DOCKET NO.: CR07-00566 JF

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados
U.S. Pretrial Services Officer

(408) 535-5223
TELEPHONE NUMBER

RE: 60 DAY SUPERVISION STATUS UPDATE FOR DEFENDANT ON ELECTRONIC MONITORING

DATE: April 23, 2008

The U.S. Pretrial Services Agency provides the releasing U.S. Magistrate Judge a supervision status update every 60 days for each defendant released with a condition of electronic monitoring (including GPS). The attached memorandum is being provided to Your Honor for informational purposes only. Please indicate below if Your Honor does not wish to receive a copy of future updates. Thank you.

[X] I do not wish to receive any future 60 Day Supervision Status Updates for this defendant.

[ ] I do not wish to receive 60 Day Supervision Status Updates for any defendant.

[ ] Other Instructions:

_____
_____
_____

_____
JUDICIAL OFFICER

4-29-08
DATE

Cover Sheet-B (04/16/08)