UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,                    Case No.  CR-07-00566-JF
                    Plaintiff,
                                             SEALING ORDER PURSUANT
    V.                                       TO GENERAL ORDER 54

KHAHN DANG VU,
                    Defendant.

_____/

     The following documents in this action are placed under seal and shall not be opened

except by the United States Sentencing commission for its eyes only and shall not be transmitted

or otherwise opened except by order of this court upon application.

    x     Presentence Report

    _     Plea Agreement

    x     Statement of Reasons

IT IS SO ORDERED.


DATED:   April 30, 2008

_____
JEREMY FOGEL
United States District Judge